IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDIATEK INC. and MEDIATEK USA INC.,<br><br>*Defendants*. | Case No. 6:23-cv-00375<br><br>**JURY TRIAL DEMANDED**<br><br>**RELATED CASE** |

### NOTICE OF RELATED CASES

This case is related to the following cases:

- *ParkerVision, Inc. v. Intel Corp.*, Case No. 6:20-cv-00108-ADA (Albright, J)

- *ParkerVision, Inc. v. Hisense Co., Ltd. et al*., Case No. 6:20-cv-00870-ADA (Albright, J)

- *ParkerVision, Inc. v. TCL Industries Holdings Co., Ltd. et al*., Case No. 6:20-cv-00945-ADA (Albright, J)

- *ParkerVision, Inc. v. Buffalo*, *Inc.*, Case No. 6:20-cv-01009-ADA (Albright, J)

- *ParkerVision, Inc. v. ZyXel Comm's Corp.*, Case No. 6:20-cv-01010-ADA (Albright, J)

- *ParkerVision, Inc. v. LG Electronics, Inc.*, Case No. 6:21-cv-00520-ADA (Albright, J)

- *ParkerVision, Inc. v. Realtek Semiconductor Corp.*, Case No. 6:22-cv-01162-ADA (Albright, J)

- *ParkerVision, Inc. v. MediaTek Inc. and MediaTek USA Inc.*, Case No. 6:22-cv-01163-ADA (Albright, J)

- *ParkerVision, Inc. v. Realtek Semiconductor Corp.*, Case No. 6:23-cv-00374 (Unassigned)

Dated: May 16, 2023

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

THE MORT LAW FIRM, PLLC
501 Congress Avenue, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

A*ttorneys for Plaintiff*