UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. W-23-CV-00375-ADA |
| | § | |
| MEDIATEK INC. AND | § | |
| MEDIATEK USA INC., | § | |
| | § | |
| Defendants. | § | |

ORDER ADOPTING SPECIAL MASTER'S
REPORT AND RECOMMENDATION REGARDING CLAIM CONSTRUCTION

Before the Court is the Report and Recommendation of Special Master Joshua J. Yi. ECF No. 52. In the Report and Recommendation, the Special Master proffers proposed claim constructions for terms that have been disputed by the Parties. *See id.*

Defendants have timely filed objections to the Special Master's Report and Recommendation (ECF No. 55), thereby securing *de novo* review by the district court. *See* Fed. R. Civ. P. 53(f)(2). Of the seven claim terms at issue, Defendants object only to the proposed construction for term #6. ECF No. 55 at 1. In light of the Defendants' objection, the Court has undertaken a *de novo* review of the case file in this action. Having reviewed the Special Master's recommended construction for term #6, the Court will accept and adopt the proposed construction for the reasons stated therein.

It is therefore **ORDERED** that Defendants' objection to the Report and Recommendation of the Special Master (ECF No. 55) is **OVERRULED**.

It is **FUTHER ORDERED** that the Report and Recommendation of the Special Master filed in this case (ECF No. 52) is **ACCEPTED AND ADOPTED** by the Court in its entirety. The Court enters the recommended constructions as noted below:

| Term | Recommended Construction |
|---|---|
| #1: "storage module" / "energy storage element" | [an element / a module] of a system that stores non-negligible amounts of energy from an input electromagnetic signal |
| #2: "switch" / "switching device" | an electronic device for opening and closing a circuit |
| #3: "coupled" | Plain-and-ordinary meaning wherein "coupled" includes both direct and indirect connections. |
| #4: "matched filtering/correlating module" | Plain-and-ordinary meaning wherein the module samples an input signal at an aliasing rate. |
| #5: "A system for frequency down-converting a modulated carrier signal to a baseband signal" | The preamble is limiting. Plain-and-ordinary meaning. |
| #6: "the energy discharged during any given discharge cycle is not completely discharged" | Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "the energy that could potentially be discharged during any given discharge cycle is not completely discharged" |
| #7: "multi-platform module" | Plain-and-ordinary meaning |

**SIGNED** this 21st day of January, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE