IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., *Plaintiff*, v. MEDIATEK INC. and MEDIATEK USA INC., *Defendants*. | Case No. 6:23-cv-00375-ADA **JURY TRIAL DEMANDED** |

# JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants MediaTek Inc. and MediaTek USA Inc. (collectively, "MediaTek") jointly move the Court to stay all deadlines in this case until after the PTAB issues Final Written Decision in the IPR Proceedings of the three patents-in-suit, IPR2024-00796, IPR2024-00935, IPR2024-00936, which are expected no later than November 26, 2025. All asserted patent claims of the patent-in-suit are subject to these instituted IPRs, and the parties expect that resolution of these IPRs will provide clarity to, narrow, or resolve all remaining issues in the case.

This Court recently entered a Second Amended Scheduling Order rescheduling trial in this case from October 27, 2025, to November 16, 2026. (D.I. 90.) The Patent Trial and Appeal Board ("PTAB") is expected to issue Final Written Decisions on all three Asserted Patents in this case by November 26, 2025—nearly a full year before trial. See 35 U.S.C. § 316(a)(11) (setting a one-year deadline from institution to Final Written Decision); IPR2024-00796, Paper 9 (instituting review of the '686 patent on November 26, 2024); IPR2024-00935, Paper 9 (instituting review of the '177 patent on November 26, 2024); IPR2024-00936, Paper 9 (instituting review of the '528 patent on November 26, 2024).

Significant expense and resources are yet to be incurred in this case, including depositions of most of the fact witnesses, expert reports, expert discovery, dispositive motions, pretrial, and trial. Accordingly, the parties agree that it would be more efficient to stay the case now. Should any claims remain to be litigated in the district court after the completion of the IPR proceedings, the parties will begin by completing fact discovery in the case.

Additionally, the parties note that the Court has already granted a contested stay motion over two of three asserted patents in the related NXP case (No. 6:23-cv-00389, D.I. 110) and approved a jointly requested stay in the Texas Instruments case (No. 6:23-cv-00384, D.I. 134).

Therefore, ParkerVision and MediaTek respectfully request the Court to grant their motion to stay all deadlines in this case until the PTAB issues its Final Written Decisions. The parties further propose filing a joint report within 30 days of the last Final Written Decision in which the parties will outline their positions on the status of the IPRs and their impact on this case.

1

| Dated: July 2, 2025 | Respectfully submitted, |
|---|---|
| | */s/ Raymond W. Mort, III* |
| | Raymond W. Mort, III |
| | Texas State Bar No. 00791308 |
| | THE MORT LAW FIRM, PLLC |
| | 111 Congress Avenue, Suite 500 |
| | Austin, Texas 78701 |
| | Tel/Fax: 512-865-7950 |
| | raymort@austinlaw.com |

OF COUNSEL:
Ronald M. Daignault* (*pro hac vice*)
Chandran Iyer (*pro hac vice*)
Jason Charkow* (*pro hac vice*)
Scott Samay* (*pro hac vice*)
Stephanie Mandir (*pro hac vice*)
Austin Ciuffo* (*pro hac vice*)
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
aciuffo@daignaultiyer.com
*Not admitted in Virginia*

**ATTORNEYS FOR PARKERVISION, INC.**

**PERKINS COIE LLP**

*/s/ Kyle R. Canvera*
Kyle R. Canavera
(CA Bar No. 314664)
kcanavera@perkinscoie.com
Abigail A. Gardner
(CA Bar No. 334598)
agardner@perkinscoie.com
Eric Maas
(CA Bar No. 345450)
EMaas@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel. (858) 720.5700
Fax (858) 720.5799

Ramsey M. Al-Salam
(WA Bar No. 18822)
Christina J. McCullough
(WA Bar No. 47147)
Kevin A. Zeck
(WA Bar No. 41689)
kzeck@perkinscoie.com
1201 Third Ave, Suite 4900
Seattle, WA 98101
Tel. (206) 359.8000
Fax (206) 359.9000

**BERSTEIN IP STRATEGY**

Matthew C. Bernstein
(CA Bar No. 199240)
Matt@BernsteinIPStrategy.com
14161 Caminito Vistana
San Diego, CA 92130

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS MEDIATEK INC. AND MEDIATEK USA INC.**